## 37952. BARNES et al. v. MANCE.

The judgment of the trial court is affirmed without opinion pursuant to Rule 59.
*All the Justices concur.*

DECIDED FEBRUARY 3, 1982.

*Fred T. Hanzelik,* for appellants.
*Robert J. Harriss,* for appellee.